# Court of Appeals
# of the State of Georgia

ATLANTA,  January 13, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0741.  NICHOLAS HALL v. THE STATE.**

Nicholas Hall filed this direct appeal from the trial court's November 26, 2013 order denying his request for pretrial bail.  An order denying pretrial bail, however, is not a final judgment as defined in OCGA § 5-6-34 (a) (1).  Rather, such an order is an interlocutory ruling, which requires an application for interlocutory appeal pursuant to OCGA § 5-6-34 (b). See *Mullinax v. State*, 271 Ga. 112 (1) (515 SE2d 839) (1999); *Howard v. State*, 194 Ga. App. 857 (392 SE2d 562) (1990). Accordingly, this direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/13/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*